UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Filipe Dos Anjos

       v.                                                                                   Civil Case No. 26-cv-176-JL

FCI Berlin, Warden, et al.

## **ORDER**

Before the court is the emergency habeas petition brought by Filipe Dos Anjos requesting a writ of habeas corpus *ad prosequendum* or *ad testificandum* to allow him to attend his criminal trial in Brockton District Court. Dos Anjos is charged with assault and battery. He was present at the Brockton District Court for trial on his original trial date of January 14, 2026 but the court postponed the trial to March 10, 2026. ICE detained Dos Anjos as he left the courthouse. He has been in detention since. The petitioner represents that the Brockton District Court has issued a writ of habeas corpus *ad prosequendum* to FCI Berlin for Mr. Dos Anjos' appearance for trial on March 10, 2026.[1]

At a status conference before this court on March 9, 2026, the respondents noted that they do not object to this court granting a writ for the petitioner to appear at his criminal trial. Petitioner's criminal defense counsel represented that he would request a one-day continuance of the trial to March 11, 2026 to facilitate the petitioner's transfer.

"Federal courts have the power to issue writs of habeas corpus for a prisoner in federal custody at the request of state prosecutorial authorities." *Soriano Neto v. Choate*, No. 1:25-CV-00425-MSM-AEM, 2025 WL 2969178, at *1 (D.R.I. Oct. 21, 2025) (citing *Barber v. Page*, 390 U.S. 719, 724 (1968)). "The writ is 'issued directly by a court of the jurisdiction where an indictment, information, or complaint has been lodged against the prisoner.'" *United States v. Kelly*, 661 F.3d 682, 686 (1st Cir. 2011) (quoting *Stewart v. Bailey*, 7 F.3d 384, 389 (4th Cir.1993)). "It operates as 'a court order requesting the prisoner's appearance to answer charges in the summoning jurisdiction.'" *Id*. "This implicates the long-standing principal of reciprocal comity between sovereigns in our dual system of justice." *Soriano Neto*, 2025 WL 2969178, at *1 (granting petition); see also *Xiao v. FCI Berlin*, No. 26-CV-082-JJM-AEM, 2026 WL 412425 (D.R.I. Feb. 13, 2026)(granting writ where petitioner filed for writ, rather than prosecutorial authorities).

Thus, the court GRANTS the petition[2] and petitioner's assented-to motion for a writ of habeas corpus ad testificandum[3] as follows: the Respondents are ORDERED to ensure that the petitioner is transported and produced before the Brockton District Court in sufficient time to appear at his scheduled trial on March 11, 2026, at 9:00 a.m.

---

[1] Pet. Writ Habeas Corpus (doc. no. 1) at 6.
[2] Pet. Writ Habeas Corpus (doc. no. 1).
[3] Mot. Writ Habeas Corpus (doc. no. 6).

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: March 9, 2026

Cc: Counsel of record