**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **FILIPE DOS ANJOS,**<br>　　*Petitioner,*<br><br>v.<br><br>FCI BERLIN, WARDEN; et al.<br>　　*Respondents.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No. 1:26-cv-00176-JL-AJ**

# ORDER and
# WRIT OF HABEAS CORPUS

**Petition for Writ of Habeas Corpus is GRANTED in favor of Petitioner Filipe Dos Anjos,**

**A# 240-488-164, an ICE Detainee currently housed at FCI Berlin.**

**RESPONDENTS AND/OR ANY DULY AUTHORIZED OFFICIAL OF IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), SHALL DELIVER:**
　　*Detainee FILIPE DOS ANJOS, A#240-488-164*

**TO:** *BROCKTON DISTRICT COURT*

　　*215 Main Street*
　　*Brockton, Massachusetts 02301*

**BY:** *THURSDAY, MARCH 19, 2026 by 9:00am*

**FOR THE PURPOSE OF PETITIONER'S ATTENDANCE OF HIS TRIAL IN:**
　　Dkt.No.: 2415 CR 1801

IT IS SO ORDERED.

March 18, 2026

_____
Joseph N. Laplante
United States District Judge